IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDY CHUNG**,

    Plaintiff,

v.

**RADIO STATION FM 107.5 (FORMALLY 95.5), ALL DJS, OWNER-CLEAR CHANNELS**, and **MANAGERS**,

    Defendants.

_____

Civ. No. 6:14-cv-01485-MC

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, filed this action against Radio Station FM 107.5, unnamed disk jockeys (DJs), unnamed Managers, and Owner, Clear Channels, for various state law claims. Compl. 3, 5, ECF No. 1.[1] On September 24, 2014, this Court dismissed plaintiff's action under FRCP 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction and failure to state a claim. Order 1–4, Sept. 24, 2014, ECF No. 5. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until October 24, 2014 "to file an amended complaint curing the deficiencies identified." *Id*. at 4. On October 1, 2014, this Court received a response from plaintiff that elaborated on the underlying factual circumstances. Pl.'s Resp. 1–3, ECF No. 7. On October 9, 2014, this Court extended plaintiff's filing deadline until November 10, 2014, and again instructed plaintiff "to file an amended complaint curing the deficiencies identified." Order

---

[1] Plaintiff alleged defamation and invasion of privacy (e.g., intrusion upon the seclusion of others and public disclosure of private facts). *See* Compl. 3, ECF No. 1.

1 – OPINION AND ORDER

2, Oct. 9, 2014, ECF No. 8. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 8, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 17th day of November, 2014.

_____
**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER